**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

BRIGITTE HENDERSHOT
and all those similarly situated,
    Plaintiff,

Case No.: 25-cv-10001
Honorable _____

v.

**COMPLAINT**

TERRY STANTON, in his official capacity,
and RACHAEL EUBANKS, in her official capacity,
    Defendants
_____/

| | |
|---|---|
| OUTSIDE LEGAL COUNSEL PLC<br>by PHILIP L. ELLISON (P74117)<br>Counsel for Plaintiff / Proposed Class<br>PO Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com | GRONDA PLC<br>by MATTHEW E. GRONDA (P73693)<br>Counsel for Plaintiff / Proposed Class<br>4800 Fashion Sq Blvd, Ste 200<br>Saginaw, MI 48604<br>(989) 233-1639<br>matt@matthewgronda.com |

**CORRECTED[1] COMPLAINT**

NOW COMES Plaintiff BRIGITTE HENDERSHOT, by and through counsel, and complains as follows:

**PARTIES**

1. Plaintiff BRIGITTE HENDERSHOT is named directly and as a proposed class representative while being the owner of certain private personal property being held in Defendants' custody (see Exhibit A) and she is entitled to receive but not will not receive just compensation payments as to her share of or entitlement to earned interest as part of Michigan's Unclaimed Property Program (UPP).

2. Defendant TERRY STANTON is state administrative manager of the Unclaimed Property Program (UPP); he is sued in his official capacity only.

3. Defendant RACHAEL EUBANKS is the administrator of the Unclaimed Property Program (UPP); she is sued in her official capacity only.

---

[1] This corrected complaint is filed to fix a scrivener error regarding the spelling of Plaintiff's first name.

1

## JURISDICTION

4.  This is a civil action brought pursuant to 42 U.S.C. § 1983 seeking relief against Defendants for ongoing violations of the Fifth Amendment of the United States Constitution.

5.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331, which authorizes federal courts to decide cases concerning federal questions and 28 U.S.C. § 1343, which authorizes federal courts to hear civil rights cases.

## GENERAL ALLEGATIONS

6.  Under the *Uniform Unclaimed Property Act of 1995*, unclaimed property is certain non-real property asset that has a characteristic of not having had owner interaction for a period of a certain number of years.

7.  When statutorily-defined "holders" (like a bank or insurance company) – determines that certain personal property placed in its possession is "unclaimed," it is supposed to attempt to notify the owner and then deliver the property to Defendants as part of the Unclaimed Property Program (UPP).

8.  None of the property is actually abandoned under the common law standards for abandonment.

9.  Pursuant to the *Uniform Unclaimed Property Act of 1995*, properties that are statutorily required to be in the general fund are supposed to kept in Defendants' custody in perpetuity.

10. At all times, unclaimed property continues to be owned by its original owner despite being required to be delivered by its holders to Defendants' custody in accordance with certain schedules under the *Uniform Unclaimed Property Act of 1995*.

11. Yet, by way of the Unclaimed Property Program and its enabling statute, the *Uniform Unclaimed Property Act of 1995*, Defendants have taken (for public use without just compensation) private property belonging to Plaintiff BRIGITTE HENDERSHOT and others similarly situated.

12. Private property belonging to Plaintiff BRIGITTE HENDERSHOT and others similarly situated (including its the principal, earnings thereon, and/or the proceeds from the sale of the unclaimed property) are used to fund state programs or operations even though unclaimed property continues to belong to the private owner.

13. While acting in purported conformity with the *Uniform Unclaimed Property Act of 1995* yet being contrary to the Fifth Amendment to the United States Constitution, Defendants will not fully pay for the State's use of each Class members' unclaimed property or alternatively will not return all earnings or interest (which are the property of each respective class member and each are entitled to receive).

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

14. Defendants currently hold or supposed to be holding property number in in excess of twenty million.

15. While the *Uniform Unclaimed Property Act of 1995* recognizes that unclaimed property remains the privately owned property of the owner and provides that unclaimed property owners may reclaim their property by filing an administrative claim, Defendants provide no interest or earnings realized or should be realized by Defendants to owners like Plaintiff BRIGITTE HENDERSHOT and others similarly situated, nor is any compensation paid to the owners for the time the property has been held by the State and used by the State to fund public programs and governmental operations.

16. After bringing Plaintiffs' property into government custody, and while Defendants held it in their custody, including any earnings or interest on same, Defendant thereafter took and used the property to fund State operations and programs.

17. Under the *Uniform Unclaimed Property Act of 1995,* Defendant will return the principal of the property belong to owners like Plaintiff BRIGITTE HENDERSHOT and others similarly situated but will not return the generated earnings or interest or otherwise fully pay for the use of the property owned by Plaintiff BRIGITTE HENDERSHOT and others similarly situated during the custodianship.

## CLASS ACTION ALLEGATIONS

18. Plaintiff BRIGITTE HENDERSHOT brings this action on her own behalf as well as a proposed class representative under Rule 23 of the Federal Rules of Civil Procedure seeking declaratory, prospective injunctive and other relief on behalf of class as consisting of—

> *All persons or entities (including their heirs, assignees, legal representatives, guardians, administrators, and successors in interest) whose property is currently being held, or has been held, in the custody of the Defendants under the Unclaimed Property Program, but excluding (1) any state sovereign or governmental units or subdivisions thereof and (2) persons whose only property so held by the Defendants was interest bearing to the owner on the date of surrender by the holder.*

19. The members of the Class are so numerous that joinder of all members is impracticable.

20. The claims are typical as all class members' property is being held in custody under the Unclaimed Property Program and, while in state custody, each respective piece of personal property is or was subject to the same provisions of the Unclaimed Property Program where Defendants will not return the full interest or earnings on their property, and/or will not sufficient compensation to owners of unclaimed property for lost interest or earnings on that property or for its use.

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

21. Plaintiff BRIGITTE HENDERSHOT will fairly and adequately protect the interests of the Class and has retained competent and experienced counsel who have been successful in other constitutional and class action litigations.

22. All the claims arise out of the same common course of conduct by Defendants whom have has acted or otherwise refused to act on an indistinguishable basis across the Class so that injunctive and declaratory and other relief is appropriate.

23. There are questions of law and fact common to the Class.

24. Questions of law or fact common to class members predominate over any questions affecting only individual members, and a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

25. This class action is superior to any other available means for the fair and efficient adjudication of this controversy and no unusual difficulties are likely to be encountered in the management of this class action.

26. The damages or other financial detriment to be suffered by Plaintiff BRIGITTE HENDERSHOT and those similarly situated are relatively small compared to the burden and expense that would be required to individually litigate their claims against Defendants and thusly be impracticable individually redress regarding Defendants' wrongful conduct.

27. There is the threat of inconsistent or contradictory judgments and increases the delay and expense to all parties and the court system.

### COUNT I
### 42 U.S.C. § 1983
### FIFTH AMENDMENT VIOLATION

28. The foregoing paragraphs are realleged word for word herein.

29. The Fifth Amendment to the United States Constitution protects the principal of unclaimed property in the custody of the State and as well as the time value and use of monies, earned interest, and other benefits of private property.

30. Upon return of unclaimed property, current property owners are entitled to return of all the income earned on their property, or just compensation for their loss occasioned by the state's use and taking of their property and/or the benefits of each owner's property, which Defendants will not pay.

31. Defendants' actions are and will continue to violate the Fifth Amendment to the United States Constitution.

32. Failing and refusing to return property together with payment or return of interest and other earnings or otherwise compensate for the use of personal property

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

entitles Plaintiff BRIGITTE HENDERSHOT and those similarly situated to a declaration that Defendants' conduct violates their rights.

33. Failing and refusing to return property together with payment or return of interest and other earnings or otherwise compensate for the use of personal property warrants an injunction requiring an ongoing cessation of the unconstitutional actions where Defendants are violating the rights of Plaintiff BRIGITTE HENDERSHOT and those similarly situated.

## RELIEF REQUESTED

34. WHEREFORE, Plaintiff BRIGITTE HENDERSHOT and those similarly situated request entry of orders and a judgment that—

   a. certifies this matter as a certified class action;

   b. prospectively declares that uncompensated retention and/or confiscation of the private unclaimed property belonging to Plaintiff BRIGITTE HENDERSHOT and those similarly situated or its use value, interest, dividends, earnings, or other benefits to be taken by Defendants is a taking under the Fifth Amendment to the U.S. Constitution;

   c. prospectively declares Defendants must pay appropriate just compensation to Plaintiff BRIGITTE HENDERSHOT and those similarly situated upon the requested return of unclaimed property and provide the formula for the proper measure of just compensation taking into account as appropriate the use value, interest, dividends, earnings, or other benefits from Defendants' use of the property belonging to Plaintiff BRIGITTE HENDERSHOT and those similarly situated;

   d. prospectively enjoin Defendants from refusing, refraining or failing to return all property interests that rightly belong to Plaintiff BRIGITTE HENDERSHOT and those similarly situated;

   e. prospectively enjoin Defendants from failing or refusing to pay owed just compensation to Plaintiffs and the Class for earnings or interest on or use of Plaintiffs' and Class members' unclaimed property;

   f. prospectively order Defendants to segregate and hold separate any property consisting of earnings or interest on unclaimed property which will not be paid to Plaintiff BRIGITTE HENDERSHOT and those similarly situated and not deposit or authorize such funds to be used as public monies;

   g. prospectively enjoin Defendants to comply with any declaration entered pursuant hereto;

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

5

    h. Award and/or determine reasonable attorney fees and litigation expenses pursuant to all applicable laws, rules, or statutes, including under Rule 23 and 42 U.S.C. § 1988; and

    i. Enter an order for all such other relief the court deems proper, equitable and required, see e.g. FRCP 54(c).

Date: January 1, 2025                             RESPECTFULLY SUBMITTED:

*Philip L Ellison*

_____
OUTSIDE LEGAL COUNSEL PLC
by PHILIP L. ELLISON (P74117)
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

GRONDA PLC
by MATTHEW E. GRONDA (P73693)
4800 Fashion Sq Blvd, Ste 200
Saginaw, MI 48604
(989) 233-1639
matt@matthewgronda.com

*Counsel for Plaintiff / Proposed Class*