UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIGITTE HENDERSHOT and all those

similarly situated,

    Plaintiffs,                                    Case No. 25-10001

v.                                                   Honorable Nancy G. Edmunds

TERRY STANTON, in his official
capacity, and RACHEL EUBANKS, in
her official capacity,

    Defendants.
_____/

**JUDGMENT**

    In accordance with the Court's order entered this date,

    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Brigitte Hendershot's complaint under 42 U.S.C. § 1983 is DISMISSED, and this case is CLOSED.

    SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: July 31, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2025, by electronic and/or ordinary mail.

                                      s/Marlena Williams
                                      Case Manager